### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**vs.**

**STEPHEN MATLOCK,**

    **Defendant.**                           Case No. 06-cr-30005-DRH

### ORDER

**HERNDON, District Judge:**

        Upon Defendant's attorney Assistant Federal Public Defender Andrea L. Smith's Motion to Withdraw as counsel of record (Doc. 11) and given Attorney Ted E. Barylske's Entry of Appearance (Doc. 10) filed on Mr. Matlock's behalf on May 11, 2006, said Motion to Withdraw (Doc. 11) is **GRANTED**. Attorney Andrea L. Smith is hereby terminated as representative counsel for defendant Stephen Matlock.

        **IT IS SO ORDERED.**

        Signed this 15th day of May, 2006.

                                                                 /s/        David   RHerndon
                                                                 **United States District Judge**