IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

STEPHEN MATLOCK,

    Defendant.                          Case No. 06-cr-30005-DRH

## ORDER

**HERNDON, District Judge:**

       This matter is before the Court on defendant Stephen Matlock's Motion to Continue Trial Setting (Doc. 15). A jury trial for Defendant was set for June 26, 2006. Defendant's original counsel has been unable to practice law since being injured in a motorcycle accident on May 7, 2006. The counsel making the Motion to Continue on Defendant's behalf has only recently become involved with this case and therefore needs more time to familiarize himself with the case and for trial preparation.

       The Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice being served by the granting of such continuance outweighs the best interests of the public and Defendant in a speedy trial. Therefore, the Court **GRANTS** Defendant's Motion to Continue (Doc. 15). The Court **CONTINUES** the jury trial scheduled for Monday, June 26, 2006 at 9:00 a.m., to **Monday, September 25, 2006, at 9:00 a.m.** The time from the date the original Motion to Continue (Doc. 15) was filed, June 22, 2006, until the date to which the trial is rescheduled,

September 25, 2006, is excludable time for the purposes of speedy trial.

**IT IS SO ORDERED.**

Signed this 26th day of June, 2006.

                                                /s/       David   RHerndon
                                             **United States District Judge**