IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**STEPHEN MATLOCK,**

    **Defendant.**                                    Case No. 06-cr-30005-DRH

## ORDER

**HERNDON, District Judge:**

      Defendant has moved to continue his sentencing hearing, scheduled for January 5, 2007 (Doc. 21), for the reason that his counsel has an unavoidable conflict and must be present for oral arguments for the United States Seventh Circuit of Appeals in Chicago, Illinois on this same date. The Government has not objected to a continuance. For these reasons, the Court hereby **GRANTS** Defendant's Motion to Continue (Doc. 21) and continues the sentencing hearing to Friday, February 16, 2007 at 1:30 p.m.

      Additionally, Defendant has moved for an extension of time to file his objections to the Presentence Report (Doc. 22). In order for Defendant's counsel to adequately review the report and discuss it with Defendant (as he states he was "out of country when the report was mailed"), the Motion seeks until January 12, 2007 to file any objections. Because the sentencing hearing has been continued and in order to allow Defendant adequate opportunity to file objections, this Motion (Doc. 22) is also **GRANTED**. Defendant is allowed until January 12, 2007 to file

objections to the Presentence Report.

**IT IS SO ORDERED.**

Signed this 4th day of January, 2007.

/s/        David   RHerndon<br>**United States District Judge**